### 76283, 76418. VOGTLE v. COLEMAN (two cases).
(382 SE2d 438)

Sognier, Judge.

The Supreme Court in *Vogtle v. Coleman*, 259 Ga. 115 (376 SE2d 861) (1989), addressed the two appeals consolidated in this court's opinion in *Vogtle v. Coleman*, 188 Ga. App. 159 (372 SE2d 642) (1988). The Supreme Court affirmed Case No. 76283, specifically insofar as Division 5 of our opinion is concerned. *Vogtle v. Coleman*, 259 Ga. at (1). As to Case No. 76418, the Supreme Court expressly affirmed our holding that Coleman was not entitled to the $33,254.60 in attorney fees and expenses of litigation awarded by the trial court pursuant to OCGA § 9-15-14, see *Vogtle v. Coleman*, 259 Ga. at 116 (2), but reversed the judgment line in that case. We had noted in passing that *Ferguson v. City of Doraville*, 186 Ga. App. 430, 433 (367 SE2d 551) (1988) addressed the recoverability of attorney fees and expenses of litigation in a pre-OCGA § 9-15-14 context. The Supreme Court overruled *Ferguson* on this one limited issue (*Vogtle v. Coleman*, 259 Ga. 119, fn. 8) and held in its Division 3 that "the trial court correctly allowed Coleman *these expenses* [i.e., the $33,254.60] for prosecuting his *Yost* claim," (emphasis in original deleted; emphasis supplied) pursuant to OCGA § 13-6-11, apparently under a "right for any reason" standard. See generally *Knight v. Stevens Logging*, 173 Ga. App. 359, 360 (1) (326 SE2d 494) (1985). This language controls Vogtle's arguments referenced in Division 9 of our opinion adversely to him. Accordingly, we vacate the judgment line in Case No. 76418 and the judgment of the Supreme Court is made the judgment of this court.

*Judgments affirmed. Carley, C. J., Deen, P. J., McMurray, P. J., Banke, P. J., Birdsong, Pope, Benham and Beasley, JJ., concur.*

*William Lewis Spearman, John J. Dalton*, for appellant.

*George J. Polatty, Jr., Kirk M. McAlpin,* for appellee.